FILED
March 3, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)      Case No. 2:06-mj-55 GGH
          Plaintiff, )
v. )      ORDER FOR RELEASE OF
)      PERSON IN CUSTODY
Adela Juarez )
aka Adela Garcia, )
_____ )
          Defendant.

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Adela Juarez (aka Garcia) Case No. 2:06-mj-55 GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   ___   Bail Posted in the Sum of _____

          ___   Unsecured Appearance Bond

          ___   Appearance Bond with 10% Deposit

          _X_   $284,000 Vacarro Appearance Bond secured by Real Property

          ___   Corporate Surety Bail Bond

   _X_   (Other) PTS conditions/supervision

Issued at Sacramento, CA on 3/3/06 at 3:50 p.m.

          By   /s/ Kimberly J. Mueller
                 Kimberly J. Mueller
                 United States Magistrate Judge