```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  Lexi Negin, D.C. Bar #446153
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California  95814
 4  Telephone (916) 498-5700

 5  ATTORNEY FOR DEFENDANT
    ADELA JUAREZ
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. 06-055-GGH |
| | ) | |
| Plaintiff, | ) | **SUBSTITUTION OF ATTORNEY** |
| | ) | |
| V. | ) | |
| | ) | |
| ADELA JUAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is respectfully requested that LEXI NEGIN, Assistant Federal Defender, be relieved as attorney of record in the above captioned case and that, JOSEPH J. WISEMAN, Attorney at Law, 1477 Drew Ave. #106, Davis, California 95616; telephone number (530) 759-0700, been retained.

                                              DANIEL J. BRODERICK
                                              Federal Defender

                                              Respectfully submitted,

DATED:   3/9/06                /s/ Lexi Negin
                                              _____
                                              LEXI NEGIN
                                              Assistant Federal Defender

/ / /

/ / /

I consent to the substitution.

DATED:  3/9/06                     /s/ Adela Juarez
                                   ADELA JUAREZ
                                   Defendant


DATED:  3/9/06                     /s/ Joseph Wiseman
                                   JOSEPH WISEMAN
                                   Attorney at Law


O R D E R

IT IS SO ORDERED.

DATED: 3/14/06

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE COURT JUDGE

juarez.ord