**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
　1477 Drew Avenue, Suite 106
　Davis, California 95616
　Telephone:　530.759.0700
　Facsimile:　530.759.0800

**Attorney for Defendant**
**ADELA JUAREZ**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. MAG 06-0055 GGH |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | TO CONTINUE THE PRELIMINARY |
| vs. ) | HEARING |
| ) | |
| ADELA JUAREZ, ) | |
| ) | |
| Defendant. ) | |

　　It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record Michael Beckwith, Assistant United States Attorney, and defendant, ADELA JUAREZ, through her counsel of record, Joseph J. Wiseman, that the preliminary hearing scheduled for March 21, 2006 at 2:00 p.m., be rescheduled to April 18, 2006 at 2:00 p.m. The undersigned are requesting this continuance to allow defense counsel, who recently substituted in as attorney in place of the Federal Defender, to review the more than 1,000 pages of discovery and adequately prepare in an effort of the parties to reach an expeditious resolution of the case.

For these reasons, the parties further stipulate and agree that time from the date of this Order through the date of the preliminary hearing on April 18, 2006, is excludable from the speedy trial calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4 and that the ends of justice, in granting the continuance, outweigh the interest of the public and the defendant pursuant to 18 U. S. C. § 3161 (h)(8)(A).

Dated: March 20, 2006                   Respectfully submitted,

                                        By:   /s/  Joseph J. Wiseman
                                               JOSEPH J. WISEMAN
                                               Attorney for Defendant
                                               ADELA JUAREZ

Dated: March 20, 2006

                                        By:     /s/ Michael Beckwith
                                               Michael Beckwith, AUSA
                                               Attorney for Plaintiff
                                               UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the preliminary hearing in the above-captioned case is continued to April 18, 2006 at 2:00 p.m. IT IS FURTHER ORDERED THAT the time from the date of this Order to April 18, 2006 be excluded based on 18 U.S.C. § 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4 and in the interests of justice as provided by 18 U.S.C. § 3161(h)(8)(A).

Dated:  March 21, 2006.

                                               UNITED STATES MAGISTRATE JUDGE